# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>                             Plaintiff,<br>     v.<br><br>GIRL & THE GOAT LA, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>                             Defendants. | Case No.: CV 22-3287-GW-MRWx<br><br>*Honorable Judge George H. Wu*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: May 13, 2022<br>Trial Date:       None Set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Crystal Redick and Defendant Girl & The Goat LA, LLC's joint request that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: September 23, 2022    _____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE